IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
UNITED STATES OF AMERICA,              : CASE NO.  5:05 CR 00131
                                                                    :
                                              Plaintiff,   :
                                                                    :
              -vs-                                         : ORDER
                                                                    :
                                                                    :
JOHN R. SHREWDER,                            :
 TRACY L. SHREWDER,                         :
                                                                    :
                          Defendants.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Before this Court is John R. Shrewder's and Tracy Shrewder's motions, submitted by counsel, for a continuance of this Court's combined Conflict of Interest Hearing and Bond Hearing as to defendants John and Tracy Shrewder, currently scheduled for 8 July 2005 at 1:30 p.m.  (ECF # 350, 351).  Mr. Shrewder's counsel, Donald Malarcik, will be in trial on that date in the already scheduled matter of State of Ohio v Marla Abe, Case No. 2005-01-0034, before the Honorable Judge Marvin Shapiro in the Summit County Court of Common Pleas.  Ms. Shrewder's counsel, Joseph Gorman, will be in trial on that date in the already scheduled matter of State of Ohio v. Christopher Mckeee, Case No. 2005-14-

1447, before the Honorable Judge Brenda Burnham-Unruh. The government does not object to the motion to continue the Hearing.

The Court concludes that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. Failure to grant a continuance would deny defendants in this case the presence of his or her counsel at the hearing itself. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Therefore, the Conflict of Interest and Bond Hearing in this matter, as it pertains to both defendants John and Tracy Shrewder, shall be continued. The Hearing is now scheduled for 9:00 a.m., 22 July 2005.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE